UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN RUSSO,
Plaintiff,

v.

DAVID LIVINGSTON, et al.,
Defendants.

Case No. 25-cv-08886-AMO (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Justin Russo filed the present self-represented prisoner complaint under 42 U.S.C. § 1983. On June 25, 2026, mail from the Court directed to Russo at his address on file was returned to the Clerk of the Court with a notation that it was undeliverable because the inmate was paroled. To date, Russo has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding self-represented whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the self-represented party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the self-represented party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Russo by the Court was returned as undeliverable. The Court has not received a notice from Russo of a new address. Accordingly, the complaint is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk of the Court shall terminate all pending motions and

close the file.

**IT IS SO ORDERED.**

Dated: November 9, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California